# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL WILSON,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>    Respondent. | No. CV 19-01539-DOC (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered denying the Petition with prejudice as untimely.

Date: August 15, 2019

                                                   /s/ David O. Carter
                                             DAVID O. CARTER
                                             United States District Judge