JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL WILSON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>Respondent. | No. CV 19-01539-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied as untimely, and this action dismissed with prejudice.

Date: August 15, 2019

*David O. Carter*

DAVID O. CARTER
United States District Judge